# IN THE SUPREME COURT OF THE STATE OF NEVADA

JANE DOE DANCER I; JANE DOE DANCER II; JANE DOE DANCER III; AND JANE DOE DANCER V, INDIVIDUALLY, AND ON BEHALF OF CLASS OF SIMILARLY SITUATED INDIVIDUALS,

        Appellants,

vs.

LA FUENTE, INC., AN ACTIVE CORPORATION,

        Respondent.

LA FUENTE, INC., AN ACTIVE NEVADA CORPORATION; AND WESTERN PROPERTY HOLDINGS, LLC, AN ACTIVE NEVADA LIMITED LIABILITY COMPANY (ALL D/B/A CHEETAHS LAS VEGAS AND/OR THE NEW CHEETAHS GENTLEMAN'S CLUB),

        Appellants,

vs.

JANE DOE DANCER I; JANE DOE DANCER II; JANE DOE DANCER III; AND JANE DOE DANCER V, INDIVIDUALLY, AND ON BEHALF OF CLASS OF SIMILARLY SITUATED INDIVIDUALS,

        Respondents.

LA FUENTE, INC., AN ACTIVE NEVADA CORPORATION; AND WESTERN PROPERTY HOLDINGS, LLC, AN ACTIVE NEVADA LIMITED LIABILITY COMPANY (ALL D/B/A CHEETAHS LAS VEGAS AND/OR THE NEW CHEETAHS GENTLEMAN'S CLUB),

        Appellants,

vs.

No. 78078

FILED

MAR 2 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

No. 78238 ✓

No. 78356

20-11381

JANE DOE DANCER I; JANE DOE DANCER II; JANE DOE DANCER III; AND JANE DOE DANCER V, INDIVIDUALLY, AND ON BEHALF OF CLASS OF SIMILARLY SITUATED INDIVIDUALS,

Respondents.

## ORDER DISMISSING APPEALS

The parties have filed a stipulation to dismiss the appeals in Docket Nos. 78238 and 78356.[1] The stipulation is approved and the appeals in Docket Nos. 78238 and 78356 are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_Pickering_____, C.J.

cc:  Hon. Kerry Louise Earley, District Judge
Lansford W. Levitt, Settlement Judge
Schulten Ward Turner & Weiss, LLP
Hartwell Thalacker, Ltd.
Bighorn Law/Las Vegas
Rusing Lopez & Lizardi, PLLC
Eighth District Court Clerk

---

[1]The stipulation misidentifies the separate appeals as cross-appeals. It also misidentifies the appeal in Docket No. 78356 as Docket No. 78345.